# IN THE SUPREME COURT

18 AUGUST 2016

| 171P16 | In the Matter of the Appeal Of: Michelin North America, Inc. From the Decision of the Mecklenburg County Board of Equalization and Review Concerning the Discovery of Certain Business Personal Property and the Proposed Discovery Values for Tax Years 2006-2011 | 1. Mecklenburg County's PDR Under N.C.G.S. § 7A-31 (COA15-415)<br><br>2. Michelin North America, Inc.'s Conditional PDR Under N.C.G.S. § 7A-31<br><br>3. Wake County's Conditional Motion for Leave to File *Amicus* Brief | 1. Denied<br><br>2. Dismissed as moot<br><br>3. Dismissed as moot |
|---|---|---|---|
| 172P15-5 | State v. Mohammed Nadder Jilani | 1. Def's *Pro Se* Petition for *Writ of Mandamus*<br><br>2. Def's *Pro Se* Motion for Writ of Prohibition<br><br>3. Def's *Pro Se* Petition for *Writ of Mandamus* | 1. Denied<br><br>2. Denied<br><br>3. Denied |
| 173A16 | State v. Morris Leavett Stith | 1. Def's Motion to Extend Time to File Brief<br><br>2. Def's Motion to Deem Brief Timely Filed | 1. Allowed<br><br>2. Allowed |
| 174P16 | State v. Travis Taylor Dail | 1. State's Motion for Temporary Stay (COAP16-291)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's Petition for *Writ of Certiorari* to Review Order of COA | 1. Allowed **05/11/2016** Dissolved **08/18/2016**<br><br>2. Denied<br><br>3. Denied |
| 176P16 | State v. Larry James Waters | Def's PDR Under N.C.G.S. § 7A-31 (COA15-686) | Denied |
| 179A16 | Peter Jerard Farrell v. United States Army Brigadier General, Retired, Kelly J. Thomas, Commissioner of N.C. Division of Motor Vehicles, in his Official Capacity | 1. Petitioner's Notice of Appeal Based Upon a Dissent (COA15-257)<br><br>2. Petitioner's Notice of Appeal Based Upon a Constitutional Question<br><br>3. Respondent's Motion to Dismiss Appeal | 1. —<br><br>2. —<br><br>3. Allowed |